

F I L E D

JUL 2 9 2008

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

FRANK KUHN, JR.,

**Plaintiff**

v.                        **CIVIL NO. 3:08-CV-348**

EQUIFAX INFORMATION
SERVICES, LLC., et al.

**Defendant**

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **FRANK KUHN, JR.,** by counsel, and the Defendant, **EQUIFAX INFORMATION SERVICES, LLC,** by counsel, and moves the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action against the Defendant, **EQUIFAX INFORMATION SERVICES, LLC,** because the parties have compromised and settled all claims and controversies between them.

UPON CONSIDERATION, of the representations of counsel, the pleadings and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED and DECREED that civil action 3:08cv348 is DISMISSED with prejudice *ONLY AS TO DEFENDANT*, EQUIFAX INFORMATION SERVICES, LLC.

Upon entry of this Order the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this _____ day of _____, 2008.

JUL 2 9 2008

                     /s/
                   **Richard L. Williams**
                   **United States District Judge**