

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANK J. KUHN, JR.,

    Plaintiff,

v.                                            Civil Action No. 3:08-cv-00348

EQUIFAX INFORMATION SERVICES, LLC
and EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendants.

## STIPULATION OF DISMISSAL

THIS DAY CAME the Plaintiff, Frank J. Kuhn, Jr., by counsel, and moves the Court to dismiss, with prejudice, the above captioned matter as to Defendant, Experian Information Solutions, Inc., only.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Frank J. Kuhn, Jr. and Experian, it be and hereby is, ORDERED, ADJUDGED and DECREED that civil action 3:08-cv-348 is DISMISSED WITH PREJUDICE as to Defendant, Experian Information Solutions, Inc., only.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this ___ day of _____, 2009.

JAN 1 6 2009

                      /s/
              Richard L. Williams
              United States District Judge



WE ASK FOR THIS:

_____
Leonard A. Bennett (VSB No. 37523)
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff, Frank J. Kuhn, Jr.*

_____
David N. Anthony (VSB No. 31696)
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

#1785905